DILLINGHAM & MURPHY, LLP
DENNIS J. KELLY (SB #191414)
BROOKE S. PURCELL (SB # 260058)
601 California Street, Suite 1900
San Francisco, California 94108
Telephone:     (415) 397-2700
Facsimile:      (415) 397-3300

*Attorneys for Plaintiffs Pacific West Securities, Inc., et al.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC WEST SECURITIES, INC., et al., | **CASE NO. 13-cv-04260** |
| Plaintiffs, | **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE PLAINTIFFS' COMPLAINT TO NOVEMBER 1; [PROPOSED] ORDER THEREON** |
| v. | |
| JOANNA GEORGE and RANDY GEORGE, | |
| Defendants. | **Judge:** Magistrate Judge Jacqueline Scott Corley |

WHEREAS, Defendants are in need of an extension of time to respond to the Plaintiff's Complaint.

WHEREAS, the Plaintiff's counsel and Defendants through Randy George agree to such an extension;

//
//
//
//
//
//
//

**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AND FINAL JUDGMENT TO CONFIRM ARBITRATION AWARD; MEMORANDUM OF POINTS AND AUTHORITIES**

1

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs in this action and the Defendants herein as follows:

1. Defendants' response to Plaintiffs' Complaint is extended to November 1, 2013.

DATED:  October 14, 2013			DILLINGHAM & MURPHY, LLP


						By:   /s/ Dennis J. Kelly
						        Dennis J. Kelly
						        *Attorney for Plaintiffs*


DATED:  October 14, 2013			RANDY GEORGE
						JOANNA GEORGE


						*By:*   /s/ Randy George
						         *Defendants*

NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AND FINAL JUDGMENT TO CONFIRM ARBITRATION AWARD; MEMORANDUM OF POINTS AND AUTHORITIES

2

## **ORDER**

Having read the Stipulation of the Parties and good cause appearing;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants' response to Plaintiffs' Complaint is extended to November 1, 2013.

IT IS SO ORDERED.

DATED: October 23, 2013

_____ Jacqueline S. Corley _____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AND FINAL JUDGMENT TO CONFIRM ARBITRATION AWARD; MEMORANDUM OF POINTS AND AUTHORITIES

1