1  DILLINGHAM & MURPHY, LLP
   DENNIS J. KELLY (SB #191414)
   BROOKE S. PURCELL (SB # 260058)
2  601 California Street, Suite 1900
   San Francisco, California 94108
3  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
4
5  *Attorneys for Plaintiffs Pacific West Securities, Inc., et al.*

6  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
7  **SAN FRANCISCO DIVISION**

8  | PACIFIC WEST SECURITIES, INC., et al., | CASE NO. 13-cv-04260 |
   |---|---|
   | Plaintiffs, | STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE PLAINTIFFS' COMPLAINT TO NOVEMBER 8; [~~PROPOSED~~] ORDER THEREON |
   | v. | |
   | JOANNA GEORGE and RANDY GEORGE, | |
   | Defendants. | Judge:   Magistrate Judge Jacqueline Scott Corley |

15  WHEREAS, due to a family medical emergency, Defendants are in need of a further
16  extension of time to respond to the Plaintiff's Complaint.
17  WHEREAS, the Plaintiff's counsel and Defendants through Randy George agree to such
18  an extension;
19  //
20  //
21  //
22  //
23  //
24  //
25  //

26  **NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AND FINAL JUDGMENT TO CONFIRM ARBITRATION AWARD; MEMORANDUM OF POINTS AND AUTHORITIES**                    1

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs in this action and the Defendants herein as follows:

1. Defendants' response to Plaintiffs' Complaint is extended to November 8, 2013.

DATED:  October 31, 2013     DILLINGHAM & MURPHY, LLP

By:   /s/ Dennis J. Kelly
      Dennis J. Kelly
      *Attorney for Plaintiffs*

DATED:  October 31, 2013     RANDY GEORGE
JOANNA GEORGE

*By:*   /s/ Randy George
      *Defendants*

NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AND FINAL JUDGMENT TO CONFIRM ARBITRATION AWARD; MEMORANDUM OF POINTS AND AUTHORITIES

2

## ORDER

Having read the Stipulation of the Parties and good cause appearing;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants' response to Plaintiffs' Complaint is extended to November 8, 2013.

IT IS SO ORDERED.

DATED: November 1, 2013

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AND FINAL JUDGMENT TO CONFIRM ARBITRATION AWARD; MEMORANDUM OF POINTS AND AUTHORITIES

1