DILLINGHAM & MURPHY, LLP
DENNIS J. KELLY (SB #191414)
601 California Street, Suite 1900
San Francisco, California 94108
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300

*Attorneys for Plaintiffs Pacific West Securities, Inc., et al.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC WEST SECURITIES, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> JOANNA GEORGE and RANDY GEORGE, <br><br> Defendants. | CASE NO. 13-cv-04260 <br><br> **STIPULATION MODIFYING THE BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO CONFIRM AND DEFENDANTS' CROSS-MOTION TO VACATE THE ARBITRATION AWARD; [PROPOSED] ORDER THEREON** <br><br> **Judge: Magistrate Judge Jacqueline Scott Corley** |

WHEREAS, Plaintiffs' counsel and Defendants through Randy George agree and stipulate to modify and extend the current briefing schedule where Plaintiffs' Opposition to Defendants' Cross-Motion to Vacate Arbitration Award is due no later than November 26, Defendants' Reply is due no later than December 3 and the hearing held on December 19;

WHEREAS, Plaintiffs' counsel and Defendants through Randy George agree to a new briefing schedule as follows: Plaintiffs' Opposition to Defendants' Cross-Motion to Vacate Arbitration Award is due no later than December 10, 2013, Defendants' Reply is due no later than December 17, 2013 and the hearing on Plaintiffs' Motion to Confirm and Defendants' Cross-Motion to Vacate will be held on January 16, 2014.

//

//

STIPULATION EXTENDING PLAINTIFFS' OPPOSITION TO THE DEFENDANTS' MOTION TO VACATE ARBITRATION AWARD; [PROPOSED] ORDER THEREON                                 1

//

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs in this action and the Defendants herein as follows:

1. Plaintiffs' Opposition to the Defendants' Cross-Motion to Vacate Arbitration Award is due no later than December 10, 2013, Defendants' Reply is due no later than December 17, 2013 and the hearing on Plaintiffs' Motion to Confirm and Defendants' Cross-Motion to Vacate will be on January 16, 2014.

DATED:  November 21, 2013                               DILLINGHAM & MURPHY, LLP


                                                        By:   /s/ Dennis J. Kelly
                                                                    Dennis J. Kelly
                                                                *Attorney for Plaintiffs*


DATED:  November 21, 2013                               RANDY GEORGE
                                                        JOANNA GEORGE


                                                        *By:*   /s/ Randy George
                                                                    *Defendants*

STIPULATION EXTENDING PLAINTIFFS' OPPOSITION TO THE DEFENDANTS'                2
MOTION TO VACATE ARBITRATION AWARD; [PROPOSED] ORDER THEREON

## ORDER

Having read the Stipulation of the Parties and good cause appearing;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs' Opposition to Defendants' Cross-Motion to Vacate Arbitration Award is due no later than December 10, 2013, Defendants' Reply is due no later than December 17, 2013 and the hearing on Plaintiffs' Motion to Confirm and Defendants' Cross-Motion to Vacate will be held on January 16, 2014, at 9:00 AM.

IT IS SO ORDERED.

DATED: November 25, 2013

*Jacqueline S. Corley*
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION EXTENDING PLAINTIFFS' OPPOSITION TO THE DEFENDANTS' MOTION TO VACATE ARBITRATION AWARD; [~~PROPOSED~~] ORDER THEREON    1